CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PETER KNOWLAND            )
                          )
        Plaintiffs        )
                          )
        v.                )   Civil Case Number 08-1309
                          )
GREAT SOCIALIST PEOPLE'S  )   Category    B
    LIBYAN ARAB JAMAHIRIYA, )
        ET AL.            )
                          )
        Defendants        )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 1, 2008, from Judge Gladys Kessler to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Case is not related to CA 06-727; Randomly Reassigned.)

                                        ELLEN SEGAL HUVELLE
                                        Chair, Calendar and Case
                                        Management Committee

cc:   Judge Collyer & Courtroom Deputy
      Judge Kessler & Courtroom Deputy
      Liaison, Calendar Committee